IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TIMOTHY J. PAGLIARA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:10-0679 |
| | ) | Judge Trauger |
| JOHNSTON BARTON PROCTOR & ROSE, LLP, | ) | |
| | ) | |
| Defendant. | ) | |

### **O R D E R**

The Defendant's Motion For Leave to File Brief of Up to Thirty Pages in Length (Docket No. 6) is **GRANTED**. The plaintiff's response to the defense motion may likewise have the 30-page limit.

It is so **ORDERED**.

ENTER this 4th day of August 2010.

_____
ALETA A. TRAUGER
U.S. District Judge