IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TIMOTHY J. PAGLIARA | ) |
| | ) |
| v. | ) No. 3-10-0679 |
| | ) |
| JOHNSTON BARTON PROCTOR & | ) |
| ROSE, LLP | ) |

O R D E R

The defendant's unopposed motion to extend defendant's expert disclosure deadline (Docket Entry No. 39) is GRANTED.

The July 28, 2011, deadline for the defendant to serve expert disclosures in accord with Rule 26(a)(2) of the Federal Rules of Civil Procedure is extended to August 15, 2011.

Except as modified below, all other deadlines, including the September 1, 2011, deadline for completion of expert discovery, as provided in the order entered October 21, 2010 (Docket Entry No. 31), remain in full force and effect.

Section K on page 5 of the October 21, 2010, order is hereby MODIFIED to read in its entirety:

> The parties shall file all dispositive motions on or before September 26, 2011. Responses to dispositive motions shall be filed within 21 days of the filing of any such motion or by October 17, 2011, if the motion is filed on September 26, 2011. Any reply, if necessary, shall be filed within 14 days of the filing of the response or by October 31, 2011, if the response is filed on September 26, 2011.
>
> Memoranda in support of or in opposition to any dispositive motion shall not exceed 25 pages.
>
> No other filings in support of or in opposition to any dispositive motion shall be made except with the express permission of the Honorable Kevin H. Sharp.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge