UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TIMOTHY J. PAGLIARA | ) | |
| | ) | |
| v. | ) | NO. 3:10-0679 |
| | ) | JUDGE SHARP |
| JOHNSTON BARTON PROCTOR AND ROSE, LLP | ) ) | |

## ORDER

The jury trial set for February 21, 2012 and the final pre-trial conference set for February 17, 2012 are hereby CONTINUED to be reset, if needed, after the court issues a ruling on the pending dispositive motion.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE