**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 | |
| --- | --- | --- |
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: March 21, 2013

Mr. Keith Throckmorton
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

                    Re:  Case No. 12-5298, *Timothy Pagliara v. Johnston Barton Proctor and Ro*
                         Originating Case No. : 3:10-CV-679

Dear Clerk,

     Enclosed is a copy of the mandate filed in this case.

                                        Sincerely yours,

                                        s/Roy G. Ford
                                        Case Manager
                                        Direct Dial No. 513-564-7016

cc:  Mr. Eugene N. Bulso Jr.
     Mr. John C. Hayworth
     Ms. Emily B. Warth
     Mr. Joseph F. Welborn III

Enclosure

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 12-5298

_____

Filed: March 21, 2013

TIMOTHY J. PAGLIARA

     Plaintiff - Appellant

v.

JOHNSTON BARTON PROCTOR AND ROSE, LLP

     Defendant - Appellee

### MANDATE

   Pursuant to the court's disposition that was filed 02/27/2013 the mandate for this case hereby

issues today.

COSTS:  None